UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC TAYLOR,<br><br>                    Plaintiff,<br><br>        -against-<br><br>OBCC,<br><br>                    Defendant. | 24cv4011 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 3, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 3, 2024
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge